**FILED**
August 14, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Joseph Hinojos
DEPUTY

AO 442 (WIED 02/17) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the
Eastern District of Wisconsin

United States of America
v.

Alexander Martin
*Defendant*

Case No. 26-CR-90
**PE: 26-MJ-307**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Alexander Martin, who is accused of an offense or violation on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Pretrial Release Violation Petition
☐ Violation Notice ☐ Order of Court

This offense is briefly described as follows:
**Counts 1-3** – 18:871 - THREATS AGAINST PRESIDENT AND SUCCESSORS TO PRESIDENT

Date: May 6, 2026

s/ *Ross M.*
*Issuing officer's signature*

City and State: Milwaukee, Wisconsin

LINDA M. KLEMM, Clerk, U.S. District Court
By: Ross M., Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 8-11-26, and the person was arrested on *(date)* 8-12-26
at *(city and state)* Alpine, Texas.

Date: 8-13-26

*Arresting officer's signature*

SDUSM Leone / Luna
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
FILED

2026 MAY -5 P 4: 36

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 26-CR-090

ALEXANDER MARTIN, [18 U.S.C. § 871]

Defendant.

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about May 10, 2025, in the State and Eastern District of Wisconsin and elsewhere,

**ALEXANDER MARTIN**

did knowingly and willfully make a true threat to take the life of the President of the United States, specifically, Martin publicly posted to X.com: "I'm going to kill @realDonaldTrump."

In violation of Title 18, United States Code, Section 871.

**COUNT TWO**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 11, 2025, in the State and Eastern District of Wisconsin and elsewhere,

**ALEXANDER MARTIN**

did knowingly and willfully make a true threat to take the life of the President of the United States, specifically, Martin publicly posted to X.com: "Since the @SecretService is so inclined to watch death threats to the President . . . @WhiteHouse I'm going to kill @realDonaldTrump tonight."

In violation of Title 18, United States Code, Section 871.

**COUNT THREE**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 31, 2025, in the State and Eastern District of Wisconsin and elsewhere,

**ALEXANDER MARTIN**

did knowingly and willfully make a true threat to take the life of the President of the United States, specifically, Martin publicly posted to X.com: "I guess we'll kill you @realDonaldTrump."

In violation of Title 18, United States Code, Section 871.

A TRUE BILL:

[redacted]

FORPERSON

Dated: 5/5/26

Benjamin Taibleson
Assistant United States Attorney